**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Damis X. Ramirez | : Case No.: 17-18045-elf |
| | : |
| Debtor | : Chapter 13 |
| | : |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) AND 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor has filed all applicable federal, state, and local tax returns as required by 11 U.S.C. **§** 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date: April 16, 2018                BY: /s/ Matthew L. Conley
                                    MATTHEW L. CONLEY, Esquire
                                    Attorney for Debtor
                                    300 N. Pottstown Pike, Suite 220
                                    Exton, PA  19341
                                    610-524-3200