### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Damis X. Ramirez aka Damis Gonzalez<br>　　　　Jason Torres<br><br>　　　　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Pretium Mortgage Acquisition Trust, its successors<br>and/or assigns<br>　　　　　　　　　Movant<br>　　　vs. | NO. 17-18045 ELF |
| Damis X. Ramirez aka Damis Gonzalez<br>Jason Torres<br>　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br><br>　　　　　　　　　Trustee | |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a

Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed

with the Court on or about March 13, 2018 Document No. 21.

Respectfully submitted,

**/s/Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonald@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

April 19, 2018