**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Damis X. Ramirez : Case No.: 17-18045-elf
:
        Debtor : Chapter 13

## ORDER

**AND NOW**, upon consideration of the Application for Compensation filed by Debtor's counsel, Matthew L. Conley, ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation of **$3,190.00** nd reimbursement of expenses of **$310.00** for a total of **$3,500.00** are **ALLOWED** to the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less **$1,700.00,** which was paid by the Debtor prepetition as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b), and 11 U.S.C. Section 330(a)(4)(B).

Date:  7/11/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**