UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                         CASE NO.: 17-18045-elf
                                    CHAPTER 13

**Damis X Ramirez,**
    **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

                                                 **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
                                                 Authorized Agent for Secured Creditor
                                                 130 Clinton Rd #202
                                                 Fairfield, NJ 07004
                                                 Telephone: 470-321-7112

                                                 By: /s/Charles Wohlrab
                                                      Charles Wohlrab, Esq.
                                                      Email: CWohlrab@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DAMIS X RAMIREZ
1620 CONESTOGA ROAD
CHESTER SPRINGS, PA 19425

And via electronic mail to:

CONLEY LAW PRACTICE LLC
300 N. POTTSTOWN PIKE, SUITE 220
EXTON, PA 19341

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

                By: /s/ Maria Jaramillo
                Maria Jaramillo
                Email: mjaramillo@raslg.com