**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Damis X. Ramirez aka Damis Gonzalez<br>Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>v.<br>Damis X. Ramirez aka Damis Gonzalez<br>and<br>William C. Miller Esq.<br>Trustee | Chapter 13<br><br>NO. 17-18045 ELF |

**ORDER**

AND NOW, this **14th day of April, 2021** upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on November 1, 2018  it is **ORDERED** A that:

The automatic stay under 11 U.S.C. Sections 362 and 1301  is **MODIFIED** to allow Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1620 Conestoga Rd Chester Springs, PA 19425.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**