# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-18045-ELF

DAMIS X RAMIREZ

1620 CONESTOGA ROAD

CHESTER SPRINGS, PA 19425

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAMIS X RAMIREZ

    1620 CONESTOGA ROAD

    CHESTER SPRINGS, PA 19425

Counsel for debtor(s), by electronic notice only.

    MATTHEW L CONLEY, ESQ
    300 N. POTTSTOWN PIKE
    SUITE 220
    EXTON,, PA 19341-

Date: 8/25/2022

                                        /S/ Kenneth E. West
                                        _____
                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee