Certificate Number: 17572-PAE-DE-036849231

Bankruptcy Case Number: 17-18045



17572-PAE-DE-036849231

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2022, at 8:17 o'clock PM PDT, Damis Ramirez completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 21, 2022        By:    /s/Benjamin E Wunsch

                                  Name:  Benjamin E Wunsch

                                  Title: Counselor