United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 17-18045-elf

Damis X Ramirez                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3

Date Rcvd: Dec 29, 2022                  Form ID: 138OBJ                        Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damis X Ramirez, 1620 Conestoga Road, Chester Springs, PA 19425-1809 |
| 14039092 | + | Rushmore Loan Mgmt Srvs, c/o Kevin G. McDonald, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14020971 | + | Stellar Recovery, Inc., P.O. Box 48370, Jacksonville, FL 32247-8370 |
| 14039138 | + | WSFS FSB, c/o Kevin G. McDonald, Esq., KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2022 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2022 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14020961 | + | Email/Text: g17768@att.com | Dec 30 2022 00:01:00 | AT&T, P.O. Box 769, Arlington, TX 76004-0769 |
| 14080686 | + | Email/Text: g20956@att.com | Dec 30 2022 00:01:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14020962 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2022 00:06:46 | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14020964 | + | Email/Text: documentfiling@lciinc.com | Dec 30 2022 00:01:00 | Comcast, 4008 N. Dupont Highway, New Castle, DE 19720-6320 |
| 14020965 | | Email/Text: BKPT@cfna.com | Dec 30 2022 00:01:00 | Credit First N.A., P.O. Box 81083, Cleveland, OH 44181 |
| 14020966 | + | Email/Text: bankruptcynotices@dcicollect.com | Dec 30 2022 00:01:00 | Diversified Consultants, 10550 Deerwood Park Blvd, #309, Jacksonville, FL 32256-2805 |
| 14020968 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 00:06:46 | GE Capital Retail Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14066581 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2022 00:01:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 14020969 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2022 00:17:04 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14030693 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2022 00:06:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14083932 | + | Email/Text: flyersprod.inbound@axisai.com | Dec 30 2022 00:01:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14020970 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 30 2022 00:06:46 | Sprint, P.O. Box 4181, Carol Stream, IL 60197 |
| 14039847 | | Email/PDF: ais.sprint.ebn@aisinfo.com | | |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Dec 29, 2022        Form ID: 138OBJ        Total Noticed: 23

| | | | | |
|---|---|---|---|---|
| | | | Dec 30 2022 00:06:44 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14512939 | + | Email/Text: bkteam@selenefinance.com | Dec 30 2022 00:01:00 | Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14021869 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 00:16:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14584733 | + | Email/Text: RASEBN@raslg.com | Dec 30 2022 00:01:00 | WSFS FSB, dba Christiana Trust, c/o Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14020972 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 30 2022 00:06:44 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14020963 | *+ | Capital One Bank, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14020967 | *+ | Diversified Consultants, 10550 Deerwood Park Blvd, #309, Jacksonville, FL 32256-2805 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| MATTHEW L. CONLEY | |

District/off: 0313-2                              User: admin                                    Page 3 of 3

Date Rcvd: Dec 29, 2022                           Form ID: 138OBJ                                Total Noticed: 23

on behalf of Debtor Damis X Ramirez mconley@conleylawpractice.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Damis X Ramirez

          Debtor(s)

Case No: 17−18045−elf

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/29/22

69 − 68
Form 138OBJ